# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

---

No. 99-30055
Summary Calendar

---

GRACE CLENNON,
on behalf of Kalisha Clennon,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION,

Defendant-Appellee.

---

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 97-CV-3807-T

---

November 15, 1999

Before HIGGINBOTHAM, DeMOSS and STEWART, Circuit Judges.

PER CURIAM:[*]

Grace Clennon appeals from the district court's decision granting summary judgment for the Commissioner of Social Security in her action for judicial review of the Commissioner's denial of supplemental security income (SSI) benefits to Clennon's daughter Kalisha. Clennon argues that the Commissioner's decision was not supported by substantial evidence.

The record contains substantial evidence supporting the Commissioner's conclusion that Kalisha's impairments did not result in marked and severe functional limitations. *See* 42 U.S.C. § 1382c(a)(3)(C)(I). Because the Commissioner's decision was supported by substantial evidence, *Anthony v. Sullivan*, 954 F.2d 289, 292 (5th Cir. 1992), the decision of the district court is affirmed.

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

AFFIRMED.